MARY L. McKENNA, as Administratrix, etc., Respondent, v.
THOMAS BOLGER, Appellant.

(Submitted December 4, 1883; decided December 14, 1883.)

THE defendant demurred to the complaint herein upon the
ground that it did not state facts sufficient to constitute a cause
of action. The demurrer was sustained at Special Term, and
judgment ordered for the defendant, but with leave to plaintiff
to amend his pleading. Instead of doing so he appealed from
the judgment to the General Term, where a motion to dismiss
the appeal was denied, and from that decision this appeal was
taken by the defendant.

The court here say: "There is nothing in the appeal papers
to show upon what ground the motion was made, nor does it
appear that the order was not one within the discretion of the
Supreme Court. It is, therefore, not reviewable here. (*Cush-
man* v. *Brundrett*, 50 N. Y. 296.)"

*John McCrone* for appellant.

*M. J. McKenna* for respondent.

*Per curiam mem.* for dismissal of appeal.
All concur.
Appeal dismissed.